January 13, 2005

Mr. Richard N. Countiss
Countiss Law Firm
8441 Gulf Freeway, Suite 600
Houston, TX 77017-5051

Karen D. Poe
2211 Norfold Street, Suite 410
Houston, TX 77098
Mr. Shawn Casey
Law Office of Shawn Casey
5433 Westheimer, Suite 920
Houston, TX 77056-5375

RE: Case Number: 04-1017
 Court of Appeals Number: 04-03-00109-CV
 Trial Court Number: 2000-63348

Style: ADEL SHESHTAWY, TRI-MAX INDUSTRIES, INC. AND DRILL BIT
 INDUSTRIES, INC.
 v.
 AMAL SHESHTAWY

Dear Counsel:

 Today the Supreme Court of Texas issued the enclosed corrected order
denying the petitions for review as of December 31, 2004 in the above-
referenced case. Due to a clerical error, the denial of these petitions
was left off of the December 31, 2004 orders. Please feel free to contact
our office if you have any questions.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Charles |
| |Bacarisse |
| |Mr. Dan |
| |Crutchfield |